UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE J.M. SMUCKER COMPANY, | ) | CASE NO. 5:24 CV 1587 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | <u>ORDER OF DISMISSAL</u> |
| CHUBBY SNACKS, INC., | ) | |
| Defendant. | ) | |

The parties have notified the Court that an agreed settlement has been reached in the above-captioned case. (ECF #32). Therefore, this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs. Pursuant to the terms of the settlement, the Court retains jurisdiction to enforce the terms of the settlement agreement. *See Henley v. Cuyahoga Cnty. Bd. of Mental Retardation & Developmental Disabilities*, 141 F.App'x 437, 441-42 (6th Cir. 2005). IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: July 25, 2025